UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAITLYN DAVIS<br>c/o Tittle & Perlmuter<br>4106 Bridge Ave.<br>Cleveland, OH 44113<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WARREN, OHIO<br>c/o Enzo Cantalamessa, Esq., Law Director<br>39 Mahoning Ave., N.W.<br>Warren, OH 44483<br><br>and<br><br>ERIK J. MERKEL, CHIEF OF POLICE<br>141 South Street S.E.<br>Warren, OH 44483<br><br>and<br><br>MICHAEL EDWARDS, JR.<br>Inmate A814579, Toledo Correctional Institution<br>2001 E. Central Ave<br>Toledo, OH 43608<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.<br><br><br><br><br>JUDGE<br><br><br><br><br>**<u>COMPLAINT</u>**<br><br>**Jury Demand Endorsed Hereon** |

Plaintiff Kaitlyn Davis, for her Complaint against the Defendants City of Warren, Ohio, Erik Merkel, and Michael Edwards, Jr., states and alleges as follows:

## INTRODUCTION

1. Plaintiff brings this action to redress the various Defendants' violations of the United States Constitution and Ohio law.

2. From at least 2019 through January 2024, often while on duty, and exploiting the power and implements of his position as a police officer working for the City of Warren Police Department, Defendant Edwards repeatedly and routinely preyed on women that he encountered within the course and scope of his employment.

3. Plaintiff Kaitlyn Davis was one such victim of Defendant Edwards, as he sexually assaulted her in the fall of 2023.

4. Defendant Edwards was enabled in his behavior by Defendants City of Warren, Ohio and its police chief, Defendant Erik Merkel.

5. Indeed, Edwards has been recorded admitting to routinely victimizing vulnerable women encountered in the course and scope of his duties and acknowledging that many members of the City of Warren Police Department "did it too."

## PARTIES

6. Plaintiff Kaitlyn Davis is a U.S. citizen and a resident of the State of Ohio.

7. Defendant City of Warren, Ohio, is a political subdivision, a "person" amenable to suit under 42 U.S.C. § 1983 and *Monell v. Department of Social Services*, 436 U.S. 658 (1978), and operates the Warren Police Department.

8. Defendant Michael Edwards, Jr., is a U.S. citizen and a resident of the State of Ohio.

9. At all times material, Michael Edwards, Jr. was a City of Warren police officer.

10. At all times material, Defendant Edwards was acting under the color of law as an employee of the City of Warren, and operating within the course and scope of his employment as a City of Warren police officer.

11. Defendant Merkel is a U.S. citizen and a resident of the State of Ohio.

12. At all times material, Defendant Erik J. Merkel has been the Chief of Police of the City of Warren Police Department, and is being sued in his individual and official capacities.

13. Defendants City of Warren and Eric Merkel were responsible for the administration, operation and supervision of the Police Department and for the promulgation, enforcement and review of rules, regulations, policies, customs, and practices relevant thereto.

## JURISDICTION AND VENUE

14. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as certain claims asserted herein arise under the Constitution and laws of the United States, to wit, the United States Constitution and 42 U.S.C. § 1983.

15. Supplemental jurisdiction over the state law claims asserted herein exists and is invoked pursuant to 28 U.S.C. § 1367.

16. Venue in this judicial district is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and (b)(2).

## RELEVANT FACTS

17. Plaintiff has struggled with a long history of polysubstance abuse.

18. Plaintiff first encountered Defendant Edwards in February 2023 when he responded to an emergency call regarding her friend's overdose.

19. Over the summertime through the autumn months of 2023, ostensibly through his duties as a City of Warren police officer, Edwards repeatedly happened upon and engaged Plaintiff.

20. Ultimately, in September 2023, Defendant Edwards waited outside Plaintiff's residence in his police vehicle into the very early morning hours until Plaintiff exited her home.

21. Edwards, who was in his police uniform and armed with his service weapon, directed Plaintiff, who was extremely intoxicated at the time, to follow his police cruiser down the street, at which time he sexually assaulted Plaintiff.

22. In January 2024, Defendant Edwards was indicted on numerous charges such as rape, sexual battery, gross sexual imposition for his assault of Plaintiff and similar acts committed against other vulnerable women that Edwards encountered in the course and scope of his police duties.

23. During the pendency of that criminal case, it was revealed that Edwards' conduct described herein was part of a pattern beginning in 2019 and continuing through January 2024.

24. *State of Ohio v. Michael Edwards* was tried in the Trumbull County Common Pleas Court, Case No. 2024 CR 126.

25. Edwards was convicted of Sexual Battery, Theft in Office, and Dereliction of Duty as a result of his victimization of Plaintiff.

26. After the trial, the prosecutor's file was made available, and the contents of the file revealed that the City of Warren Police Department had a widespread custom and practice of on-duty police officers committing sexual assaults, sexual coercion, and sexual extortion against vulnerable women in the community.

27. Indeed, Edwards' personnel file included serious complaints going back to at least 2019 that Defendants City of Warren and Merkel did not investigate.

28. The failure to investigate such complaints or curb Edwards' misconduct ultimately caused Plaintiff's assault.

**COUNT ONE**
**(Violation of 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the U.S. Constitution against Defendant City of Warren and Defendant Erik Merkel in His Official Capacity)**

29. Plaintiff incorporates the preceding paragraphs as if fully rewritten herein.

30. Plaintiff's claims against Defendants City of Warren and Merkel are brought pursuant to 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments to the United States Constitution.

31. At all times material and relevant to the allegations herein, Defendants City of Warren and Eric Merkel had knowledge and information of a practice, custom, usage, and pattern of Warren police officers, including high-level officers, violating the constitutional rights of vulnerable members of the community by committing sexual crimes against them.

32. These Defendants' disregard of this knowledge and failure or refusal to adequately investigate and correct such practice, custom, usage, and pattern proximately caused the violation of Plaintiff's rights under the Fourth and Fourteenth Amendments, including Plaintiff's: right to be free from sexual abuse, sexual assault, and sexually motivated physical violence by a state actor; right to be free from discrimination on the basis of sex; right to bodily integrity; and right to due process.

33. At all times relevant, Defendants City of Warren and Eric Merkel had a pattern, practice, custom, and usage of permitting City of Warren police officers to engage in

unconstitutional sexual misconduct while on duty and clothed with the authority of the state and acting under color of law.

34. These customs and practices were a direct and proximate cause of the constitutional violations visited upon Plaintiff.

35. Defendants are liable for these constitutional violations under *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

36. As a direct and proximate result of these Defendants' constitutional violations, Plaintiff suffered severe physical, psychological, and emotional injuries.

## COUNT TWO
**(Violation of 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the U.S. Constitution against Defendant Michael Edwards)**

37. Plaintiff incorporates the preceding paragraphs as if fully rewritten herein.

38. Defendant Edwards, while on duty and clothed with the authority of the state and acting under color of law, violated Plaintiff's Fourth and Fourteenth Amendments rights, as alleged herein.

39. As a direct and proximate result of Defendant Edwards' actions and inactions, Plaintiff suffered severe physical, psychological, and emotional injuries.

## COUNT THREE
**(Reckless and Wanton Misconduct under Ohio Law against Defendant Merkel)**

40. Plaintiff incorporates the preceding paragraphs as if fully rewritten herein.

41. Defendant Merkel's conduct described above – among other things, his knowledge that the City of Warren Police Department had a widespread custom and practice of on-duty police officers committing sexual assaults, sexual coercion, and sexual extortion against vulnerable women in the community, his knowledge that Defendant Edwards' personnel file included serious complaints going back to at least 2019, and his failure to investigate such complaints or curb Edwards' misconduct – constitutes wanton and/or reckless misconduct.

42. As a direct and proximate result of Defendant Merkel's wanton and/or reckless actions and inactions, Plaintiff suffered severe physical, psychological, and emotional injuries.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A. As to Count One, judgment against Defendants City of Warren and Erik Merkel for compensatory damages, punitive damages, reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, costs of suit, prejudgment interest, postjudgment interest, and all such other relief to which Plaintiff is entitled or this Court deems equitable;

B. As to Count Two, judgment against Defendants Michael Edwards for compensatory damages, punitive damages, reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, costs of suit, prejudgment interest, postjudgment interest, and all such other relief to which Plaintiff is entitled or this Court deems equitable;

C. As to Count Three, judgment for compensatory damages, punitive damages, reasonable attorneys' fees, costs of suit, prejudgment interest, postjudgment interest, and all such other relief to which Plaintiff is entitled or this Court deems equitable.

Respectfully submitted,

s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
Kathleen R. Harris (0088079)
**TITTLE & PERLMUTER**
4106 Bridge Ave.
Cleveland, OH 44113
Ph.: (216) 222-2222
Fax: (888) 604-9299
scott@tittlelawfirm.com
katie@tittlelawfirm.com

*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

/s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)